■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. JANE WEISBECKER ARNONE, admitted on October 31, 1988, at a term of the Appellate Division, First Department. FREDERICK JAMES BAUMANN, admitted on April 7, 1980, at a term of the Appellate Division, First Department. LAURA V. BECKER-LEWKE, Also Known as LAURA V. BECKERLEWKE, admitted on May 6, 1981, at a term of the Appellate Division, Second Department. MARGRIT LAURA BENTON, admitted on August 26, 1985, at a term of the Appellate Division, First Department. WALTER B. BERGNER, admitted on December 21, 1951, at a term of the Appellate Division, Second Department. MICHAEL HOWARD BERNS, admitted on March 15, 1976, at a term of the Appellate Division, First Department. ROBERT CARL BIEGEN, admitted on March 19, 1979, at a term of the Appellate Division, First Department. ROBERT Q. BIGGAR, admitted on April 2, 1954, at a term of the Appellate Division, Second Department. BRUCE M. BLOCH, admitted on October 24, 1973, at a term of the Appellate Division, Second Department. [671 NYS2d 971] —The above-named respondents are reinstated as attorneys and counselors-at-law in the State of New York, effective April 2, 1998. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ. [See, 230 AD2d 366.]

—The orders of this Court entered on April 24, 1997 (see bracketed motion numbers) are recalled and vacated, *nunc pro tunc,* and the Opinion Per Curiam filed therewith amended to vacate so much thereof as pertains to the above-named respondents. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ. *[See,* 230 AD2d 366.]